IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, MAY TERM, 1835, IN THE NINETEENTH YEAR
OF THE STATE.

---

## Brown and Another *v.* Wernwag.—On appeal.

DEBT on a promissory note. Plea, that the defendant had executed a mortgage on real estate to secure the debt; that the plaintiffs had obtained a decree of foreclosure and sale of the mortgaged premises; that a writ of error to the decree had been sued out by the defendant, and the cause was then pending in the Supreme Court. *Held*, on demurrer, that the plea was bad. *Stevens* v. *Dufour*, 1 Blackf. 387. *Monday, May 25.*